NUMBER 13-03-00579-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

LENNAR CORPORATION, ET AL., APPELLANTS,


v.



MARK SCHLATTER, ET AL., APPELLEES. 

_____________________________________________________________


On Appeal from the 107th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellants, Lennar Corporation, U.S. Home Corporation, David Garcia, Fabian Diaz,
and Sheldon Moore, have filed an unopposed motion to dismiss this appeal as moot. 
Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellants' unopposed motion to dismiss is GRANTED, and the appeal
is hereby DISMISSED. Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant."). Having
dismissed the appeal at appellants' request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 10th day of April, 2008.